UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **JONATHAN WALDEN,** | : | **COUNT 1:** |
| | : | **18 U.S.C. §§ 1512(c)(2), 2** |
| Defendant. | : | **(Obstruction of an Official Proceeding and** |
| | : | **Aiding and Abetting)** |
| | : | |
| | : | **COUNT 2:** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (18 U.S.C. §§ 1512(c)(2), 2)
### (Obstruction of an Official Proceeding and Aiding and Abetting)

On or about January 6, 2021, within the District of Columbia and elsewhere, **JONATHAN WALDEN** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

(In violation of Title 18, United States Code, Sections 1512(c)(2), 2)

**COUNT TWO**
**(18 U.S.C. § 1752(a)(1))**
**(Restricted Building or Grounds)**

On or about January 6, 2021, in the District of Columbia, **JONATHAN WALDEN** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

(In violation of Title 18, United States Code, Section 1752(a)(1))

A TRUE BILL:

FOREPERSON.

MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA