AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 1:22-cr-00014-APM |
| Jonathan Walden ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas J. Spina

Date: 01/25/2022

*Attorney's signature*

Thomas J. Spina ASB-4959-N77T
*Printed name and bar number*
1330 21st Way South, Suite 200
Birmingham, Alabama 35205

*Address*

tommy@tommyspina.com
*E-mail address*

(205) 939-1330
*Telephone number*

(205) 933-0101
*FAX number*