IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 22-cr-14-APM |
| ) | |
| JONATHAN WALDEN, ) | |

UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Comes now the defendant in the above styled cause, by and through his undersigned counsel of record, and respectfully requests this Honorable Court to entertain this motion and thereafter enter an order continuing the status conference currently set on February 11, 2022. As grounds therefore, defendant would show unto this Honorable Court the following:

1. Undersigned counsel have been in contact with Assistant U.S. Attorneys prosecuting the case against this defendant and have exchanged information relative to a possible resolution of this case.

2. As part of those discussions, it was suggested that a reverse proffer might be the next appropriate step to take in an effort to reach a settlement..

3. The time constraints currently prohibit that reverse proffer from occurring before Friday, February 11, 2022.

4. Undersigned counsel respectfully requests additional time within which to conduct a reverse proffer and to be in a better position to report to the court the current status of this case and whether or not a trial will be necessary.

5. The contents of this motion have been discussed with Assistant U.S. Attorneys Troy Edwards and Justin Shur, who do not oppose the granting of this motion.

6.	The granting of this Motion is in the interest of justice, this defendant and does not work an undue burden on the United States Government.

**WHEREFORE, PREMISES CONSIDERED,** undersigned counsel respectfully requests this Honorable Court entertain this Motion and thereafter enter an order continuing this matter for a status conference for at least thirty days.

                                  Respectfully submitted,

                                  /s/ Thomas J. Spina
                                  Thomas J. Spina
                                  Attorney for Defendant
                                  State Bar #4959-N77T
                                  1330 21st Way South, Suite 200
                                  Birmingham, Alabama 35205
                                  (205) 939-1330
                                  tommy@tommyspina.com

OF COUNSEL
Edward B. MacMahon, Jr.
2600 Pennsylvania Avenue NW, Suite 6A
Washington, DC 20007
(202) 775-1307
ebmjr@macmahon-law.com

CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                  /s/ Thomas J. Spina
                                  Thomas J. Spina