IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 22-cr-14-APM |
| ) | |
| JONATHAN WALDEN, ) | |

UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Comes now the defendant in the above styled cause, by and through his undersigned counsel of record, and respectfully requests this Honorable Court to entertain this motion and thereafter enter an order continuing the status conference currently set on March 17, 2022.  As grounds therefore, defendant would show unto this Honorable Court the following:

1. Undersigned counsel and the Assistant U.S. Attorneys prosecuting the above referenced case have been in continuous contact with one another relative to a possible resolution of this case as recent as last week.

2. In light of the reverse proffer that took place last week, additional time is needed in an effort to explore matters that were raised.

3. The parties continue to communicate and are in dialogue about an ultimate resolution of this case without the necessity of a trial.

4. The time constraints currently prohibit the parties from being in a position to advise the Court accordingly at the status conference currently set for Friday, March 17, 2022.

5. Undersigned counsel respectfully requests additional time within which to continue the existing dialogue and to be in a better a position to advise the Court

accordingly.

6. Defendant is in compliance with all previously imposed conditions of release.

7. The contents of this motion have been discussed with Assistant U.S. Attorney Kathryn Rakoczy, who do not oppose the granting of this motion.

8. The granting of this Motion is in the interest of justice, this defendant and does not work an undue burden on the United States Government.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests this Honorable Court entertain this Motion and thereafter enter an order continuing this matter for a status conference for at least thirty days.

Respectfully submitted,

/s/ Thomas J. Spina
Thomas J. Spina
Attorney for Defendant
State Bar #4959-N77T
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
(205) 939-1330
tommy@tommyspina.com

OF COUNSEL
Edward B. MacMahon, Jr.
2600 Pennsylvania Avenue NW, Suite 6A
Washington, DC 20007
(202) 775-1307
ebmjr@macmahon-law.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

<u>/s/ Thomas J. Spina</u>
Thomas J. Spina