UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br> **Plaintiff,** )<br> )<br> v. )<br> )<br> **JOSEPH HACKETT,** )<br> )<br> **Defendant.** )<br> ) | No. 22-cr-15 (APM)-7 |

## NOTICE OF APPEARANCE

Please enter the appearance of Angela Halim, Esquire, on behalf of the defendant, Joseph Hackett, in the above-captioned matter.

Respectfully submitted,

Angela Halim

/s/ *Angela Halim*

Angela Halim, Esq., *application to district court pending*
3580 Indian Queen Lane
Philadelphia, PA 19129
(215) 300-3229
angiehalim@gmail.com