UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No.:  1:22-cr-00014-APM |
| | : | |
| **JONATHAN WALDEN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF JOINDER

COMES NOW Jonathan Walden, by counsel, and pursuant to the Court's Minute Order dated June 30, 2022, hereby joins in the Motion for Change of Venue filed by defendant Connie Meggs which was filed as document number 654 in the case of <u>United States v. Connie Meggs</u>, 21-cr-28-APM-9.  By filing this Notice, Mr. Walden adopts all of the arguments set forth by defendant Connie Meggs either in writing or in oral argument before the Court.

JONATHAN WALDEN
By Counsel

_____/S/_____
Edward B. MacMahon, Jr.
EDWARD B. MACMAHON, JR., PLC
DC Bar No. 411165
2600 Pennsylvania Ave, NW, Suite 604
Washington, DC    20036
(202) 775-1307
ebmjr@macmahon-law.com
Counsel for Jonathan Walden

_____/S/_____
Thomas J. Spina
1330 21st Way South, Suite 200
Birmingham, AL 35205
205-939-1330
205-939-0101 (Fax)
tommy@tommyspina.com
*Admitted Pro Hac Vice*
Counsel for Jonathan Walden

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, I electronically filed the foregoing Notice of Joinder using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  /S/
                                       Edward B. MacMahon, Jr.
                                       Counsel for Jonathan Walden