## ACKNOWLEDGEMENT OF ORDER
### Case Nos. 21-cr-28, 22-cr-14, 22-cr-15 (D.D.C.)

I, _Ed Mac Mahon_, the undersigned, hereby acknowledge and declare that I have received a copy of the Protective Order Governing Certain Discovery, dated June ____, 2022, and have read, understand, and hereby agree to the terms and provisions of the Protective Order, and hereby agree and submit to the jurisdiction of the United States District Court for the District of Columbia the purposes of enforcement of the terms of the Protective Order and the punishment for any violations thereof.

DATED: _July 14_, 2022.

Name: _Edward B. MacMahon, Jr._

Signature: _[signature]_

Address: _107 East Washington St._
_Middleburg, VA 20118_

Telephone: _540 687 3902_

Email: _ebmjr@macmahon-law.com_