# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 22-cr-14 (APM) |
| v. | : |
| **JONATHAN WALDEN,** | : |
| **Defendant.** | : |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CHANGE VENUE

On July 5, 2022, Defendant Jonathan Walden filed notice (ECF No. 26) of his intent to join in a motion to change venue filed by Defendant Connie Meggs in the related matter of *United States v. Donovan Crowl*, No. 21-cr-28 (APM) (ECF No. 654). The government hereby adopts the opposition memoranda it filed in the *Crowl* matter (ECF No. 662) in response to the notice by Defendant Walden.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Troy A. Edwards, Jr.
Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
Ahmed M. Baset
Louis Manzo
Jeffrey S. Nestler
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office, District of Columbia
601 D Street NW
Washington, D.C. 20530

           _/s/_
          Alexandra Hughes
          Justin Sher
          Trial Attorneys
          National Security Division,
          950 Pennsylvania Avenue, N.W.
          Washington, D.C. 20004