IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 22-cr-14-APM |
| ) | |
| JONATHAN WALDEN, ) | |

**MOTION TO WITHDRAW**

Comes now Thomas J. Spina (SPI004), counsel in the above styled cause and respectfully requests this Honorable Court to entertain this motion and thereafter enter an order allowing undersigned counsel to withdraw from further representation of the defendant herein. As grounds for this motion, undersigned counsel would show as follows:

1. As the Court is well aware, undersigned counsel represented this defendant alongside co-counsel, Ed MacMahon in this matter since this defendant's arrest in Alabama and all subsequent proceedings.

2. Mr. McMahon died recently and this defendant made it clear to undersigned counsel that he no longer desired for undersigned counsel to continue as his trial counsel.

3. Defendant has retained David W. Fisher as substitute counsel. Mr. Fisher has filed an Entry of Appearance on behalf of the defendant.

4. This matter is set for status conference via zoom hearing on April 7, 2023 and undersigned counsel will appear at that time as well as substitute counsel, unless the Court advises otherwise.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests this Honorable Court to entertain this Motion and thereafter enter an order consistent with

the request made herein and for such other and further relief to which he may be entitled.

Respectfully submitted,


*/s/ Thomas J. Spina*
Thomas J. Spina
Attorney for Defendant
State Bar #4959-N77T
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
Telephone: (205) 939-1330
TommySpina@bellsouth.net


CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.


*/s/ Thomas J. Spina*
Thomas J. Spina

S:\Tammy\U-Z 2023\WALDEN Jonathan Withdraw.wpd