UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-14 |
| v. : | |
| : | |
| JONATHAN WALDEN, : | |
| : | |
| : | |
| Defendant. : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Carolina Nevin is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
601 D Street, NW
Washington, DC 20530
(202) 803-1612
carolina.nevin@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 10th day of October 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>*/s/ Carolina Nevin*
>CAROLINA NEVIN
>Assistant United States Attorney