**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES                                  *

vs.                                            *    Case No.: 22-15-APM

RHODES, III et al.
(THOMAS E. CALDWELL)                           *

    *    *    *    *    *    *    *    *    *    *    *

**UNOPPOSED REQUEST TO EXTEND BY 30 DAYS THE DEADLINE FOR
FILING RULE 12(b) MOTIONS**

COMES NOW, the Defendant, Thomas E. Caldwell, by and through counsel, and on behalf of all defendants in *United States v. Rhodes*, and respectfully requests that the deadline for filing Rule 12(b) motions, which is currently February 25, 2021, be extended for thirty (30) days, and in support states:

1. The Government, per Assistant U.S. Kathryn Rakoczy, does not object to the instant request.

2. The trial dates for the *Rhodes* defendants are tentatively set for July 11, 2022 and September 26, 2022.   Extending the motions deadline thirty days, with a commensurate extension for the Government's reply, will not affect either trial date.

3. This motion is made on behalf of all *Rhodes* defendants, who all concur that it will be impossible to file appropriate motions by the current deadline.

4. All counsel continue to diligently review an onslaught of discovery, which is necessary to determine what, if any, motions are appropriate to file with the Court.

5. Many counsel will not be able to access and use the Relativity database until after a February 23rd training provided by the Federal Defender.

6. Defendant Caldwell is facing three entirely different counts than he faced in previous indictments.   It will take an additional two weeks at least simply to research case law and legislative history regarding these counts alone.   The co-defendants are similarly situated.

7. Recently added counsel are particularly finding it impossible to meet the Court's current motions deadline, despite working practically around the clock.   Counsel for Mr. Meggs advises that a 30-day extension may be insufficient and may file a separate request for a longer extension.

Wherefore the *Rhodes* defendants respectfully request that the Court grant a 30-day extension for the filing of Rule 12(b) motions.

Respectfully submitted,

_____/s/_____

David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2022, a copy of the foregoing Request to Extend by 30 Days the Deadline for Filing Rule 12(b) Motions was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:          Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

_____/s/_____
David W. Fischer, Esq.