UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 22-CR-14-APM |
| | : | |
| **JONATHAN WALDEN,** | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY
REGARDING THE CONSTRUCTION OF 18 U.S.C. § 1752**

The government hereby submits this notice of supplemental authority to inform the Court of an oral ruling made by the Honorable Dabney L. Friedrich on March 14, 2024, in *United States v. Chambers*, No. 23-cr-300 (DLF), which adopted the government's position that the requirement, under 18 U.S.C. § 1752, that "the President or other person protected by the Secret Service is or will be temporarily visiting," *id.* § 1752(c)(1)(B), is "jurisdictional" for *mens rea* purposes. In her ruling, Judge Friedrich concluded that the "knowingly" *mens rea* in 18 U.S.C. § 1752(a)(1) and (2) does not require knowledge of a Secret Service protectee's presence within the restricted area. Judge Friedrich found that "the fairest, most reasonable reading of the statute is that the statutory provision regarding the Secret Service protectee, here the vice president, is a jurisdictional element and therefore is exempt from the mens rea requirement that the defendant act knowingly with regard to that provision." *Chambers* 3/14/24 Tr. 13 (attached as Exhibit 1). In reaching that result, Judge Friedrich was "in agreement with" *United States v. Carnell*, No. 23-139 (BAH), 2024 WL 639842 (D.D.C. Feb. 15, 2024). *Chambers* 3/14/24 Tr. 13.

      Respectfully Submitted,

      MATTHEW M. GRAVES
      United States Attorney
      D.C. Bar No. 481052


By:  */s/ Carolina Nevin*
    CAROLINA NEVIN
    Assistant United States Attorney
    N.Y. Bar No. 5226121
    U.S. Attorney's Office for the District of Columbia
    601 D Street, N.W.
    Washington, D.C. 20530
    202-803-1612
    carolina.nevin@usdoj.gov

    */s/ Isia Jasiewicz*
    Monika (Isia) Jasiewicz
    Assistant United States Attorney
    D.C. Bar No. 102491
    U.S. Attorney's Office for the District of Columbia
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 714-6446
    isia.jasiewicz@usdoj.gov