UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 22-CR-14-APM |
| v. | : | |
| | : | |
| **JONATHAN WALDEN,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO CONVERT TRIAL DATE TO STATUS HEARING AND SUSPEND CURRENT DEADLINES

This matter is currently scheduled for a bench trial on July 29, 2024. On June 28, 2024, the Supreme Court rendered its decision in *Fischer v. United States*, 603 U.S. ___ (2024), regarding the scope of 18 U.S.C. § 1512(c). The Government is evaluating the decision, which affects many defendants in this prosecution. In *Fischer*, the Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." However, the Court did not reject the application of 1512(c)(2) to January 6. Rather, the Court explained that the Government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information – or attempted to do so. The Supreme Court has remanded the case to the D.C. Circuit for further proceedings. Through those further proceedings, the Court of Appeals will interpret the scope of the statute in light of the today's decision. Out of respect for judicial economy, and to ensure a uniform and consistent approach before each judge of the District and Circuit, we will evaluate our approach to 1512(c)(2) carefully.

As a result, the Government requests that the Court convert the July 29, 2024, bench trial to a status hearing, and suspend the relevant trial-related deadlines. Government counsel has

conferred with the defendant's counsel, who indicates that he does not oppose the motion.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        United States Attorney
                        D.C. Bar No. 481052

By:     */s/ Carolina Nevin*
           CAROLINA NEVIN
           Assistant United States Attorney
           N.Y. Bar No. 5226121
           U.S. Attorney's Office for the
           District of Columbia
           601 D Street, N.W.
           Washington, D.C. 20530
           202-803-1612
           carolina.nevin@usdoj.gov

           */s/ Isia Jasiewicz*
           Monika (Isia) Jasiewicz
           Assistant United States Attorney
           D.C. Bar No. 102491
           U.S. Attorney's Office for the
           District of Columbia
           601 D Street, N.W.
           Washington, D.C. 20530
           (202) 714-6446
           isia.jasiewicz@usdoj.gov