# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-14-APM |
| JONATHAN WALDEN | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Amend Conditions of Release, it is hereby ORDERED that the Defendant's Order Setting Conditions of Release, (ECF No. 11), be amended and revised as follows:

1) Condition 7(f) shall be revised to eliminate any restriction on the Defendant's travel within the continental United States except for travel to Washington, D.C., which must be approved by his Pretrial Services Officer; and
2) Conditions 7(n) and 7(o), which relate to random drug testing and treatment, are hereby stricken; and
3) All other conditions to remain the same.

_____        _____
Date                                    Honorable Amit P. Mehta
                                            U.S. District Court Judge