UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 22-CR-14-APM |
| v. | : | |
| | : | |
| **JONATHAN WALDEN,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE
## AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, through the U.S. Attorney for the District of Columbia, and joined by defendant Jonathan Walden, through undersigned counsel, hereby moves this court to continue the status conference set for September 3, 2024, by two weeks, to September 17, 2024, or the Court's soonest convenience thereafter, and to exclude the period from September 3, 2024 until the date of the next status conference in this matter from the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). In support, the parties state as follows:

1. On July 29, 2024, the Court held a status conference in this case at which the parties discussed the posture of the case and the status of plea negotiations. The Court set a further status conference for September 3, 2024, and ordered that if the parties reach a plea agreement, counsel is to submit plea paperwork to the Court by August 29, 2024. The Court also excluded time under the Speedy Trial Act from July 29, 2024 to September 3, 2024. *See* Minute Order (July 29, 2024).

2. The parties have been negotiating the terms of a potential plea agreement and have made progress toward that end. The parties agree that having an additional two weeks to finalize the terms of the agreement would help to facilitate resolution.

3. Accordingly, the parties now jointly move this Court to continue the status conference currently set for September 3, 2024, to September 17, 2024, or at the Court's soonest convenience thereafter; and to continue the date by which the parties are ordered to submit plea paperwork to the Court, in the event the parties reach a plea agreement, to three (3) business days before the new status conference date.

4. The parties also request that the time from September 3, 2024, until the date of the next status conference in this matter be excluded from the calculation of time necessary to commence a trial, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The parties submit that a continuance of two weeks to facilitate plea negotiations is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, the United States and the defendant request that the court continue the status conference currently set for September 3, 2024, to September 17, 2024, or the Court's soonest convenience thereafter; to continue the date by which the parties are ordered to submit plea paperwork to the Court, in the event the parties reach a plea agreement, to three (3) business days before the new status conference date; and to exclude the period from September 3, 2024, until the date of the next status conference in this matter from the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Carolina Nevin
CAROLINA NEVIN
Assistant United States Attorney
N.Y. Bar No. 5226121
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

/s/ Isia Jasiewicz
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov

*Counsel for the United States*

/s/ David W. Fischer, Esq.
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826

*Counsel for Defendant*