UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 22-CR-14-APM |
| v. | : | |
| | : | |
| JONATHAN WALDEN, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO VACATE STATUS HEARING AND SCHEDULE PLEA HEARING**

The United States of America, through the U.S. Attorney for the District of Columbia, and joined by defendant Jonathan Walden, through undersigned counsel, hereby move this court to vacate the status hearing currently scheduled for September 19, 2024, and schedule a plea hearing at the Court's convenience. Because the defendant will plead to a misdemeanor charge, the parties consent to the plea hearing being held virtually.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
N.Y. Bar No. 5226121
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

/s/ Isia Jasiewicz
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov

*Counsel for the United States*

/s/ David W. Fischer, Esq.
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826

*Counsel for Defendant*