# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES                  *

vs.                                   *    Case No.: 22-14-APM

JONATHAN WALDEN            *

    *      *      *      *      *      *      *      *      *      *      *

## NOTICE OF CONSENT TO ENTRY OF GUILTY PLEA VIA VIRTUAL HEARING

The defendant, Johnathan Walden ("Walden"), by and through counsel, David W. Fischer, Esq., and pursuant to Federal Rule of Criminal Procedure 43(b)(2), requests, and consents to, conducting his upcoming re-arraignment hearing, currently scheduled for October 9, 2024 at 9:30 a.m., virtually via video teleconference.  As Walden, who lives in Alabama, will be entering a guilty plea to only a misdemeanor count, the Court may accept his plea via video teleconference.  F.RC.P. 43(b)(2).  Walden has been fully advised by undersigned counsel of his constitutional right to enter a guilty plea in the instant matter in open court and hereby knowingly waives that right.  Further, Walden advised undersigned counsel that no threats, coercion, or inducements were made to encourage him to waive his right to appear in open court for his guilty plea hearing.

*I, Jonathan Walden, hereby consent to entering my guilty plea on October 9, 2024 via a virtual hearing.  I have read the above representations made by my attorney and fully agree that those representations are true and accurate.*

                                              10/1/2024

_____

       Jonathan Walden         Date

Respectfully Submitted,


_____/s/_____
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Consent to Entry of Guilty Plea via Virtual Hearing was filed electronically through ECF today, ___October 7th,____ 2024, with service provided to counsel of record listed below.

_____/s/_____
David W. Fischer, Esq.

Government counsel served:

Carolina Nevin, Esq.
Assistant United States Attorney
N.Y. Bar No. 5226121
U.S. Attorney's Office (D.C.)
601 D. Street, N.W.
Washington, D.C. 20530
(202) 803-1612
Carolina.nevin@usdoj.gov

Monika (Isia) Jasiewicz, Esq.
Assistant United States Attorney
D.C. Bar No. 102491
U.S. Attorney's Office (D.C.)
601 D. Street, N.W.
Washington, D.C. 20530
(202) 714-6446
Isia.jasiewicz@usdoj.gov