### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 22-CR-14 (APM) |
| v. | 18 U.S.C. § 1752(a)(1) |
| **JONATHAN WALDEN,** | |
| Defendant. | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jonathan Walden, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.  On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Walden drove from Alabama to Washington, D.C, on January 5, 2021.

9. On January 6, 2021, Walden was wearing an olive sweatshirt with numerous patches; khaki pants; a camouflage tactical vest with a patch that bore the words "OATH KEEPERS," an American flag with a red stripe, and a red cross; tan leather gloves, an olive baseball cap; sunglasses; and a camouflage gaiter around his neck. He carried a walkie-talkie. He had his dog, "Warrior," an 82-pound mixed breed German Shepherd and American Dingo, with

him throughout the day. Warrior wore an olive harness with a patch that bore the words "OATH KEEPERS" and a red cross.

10. The images below depict Walden and Warrior on January 6, 2021.

 

*Image 1: Walden and Warrior.*  *Image 2: Walden and Warrior inside the Capitol building.*

11. The Oath Keepers is a large but loosely organized collection of individuals, some of whom are associated with militias. Though the Oath Keepers will accept anyone as members, they explicitly focus on recruiting current and former military, law enforcement, and first-responder personnel. The organization's name alludes to the oath sworn by members of the military and police to defend the Constitution "from all enemies, foreign and domestic." On their website, the "Oath Keepers declare they will not obey unconstitutional orders."

12. Since at least October 2020, and through January 2021, Walden was a member of the Oath Keepers.

13. Following the November 2020 presidential election, the leader of the Oath Keepers, Elmer Stewart Rhodes III, sent messages on Oath Keepers group chats and posted writings on the Oath Keepers website claiming fraud in the 2020 election and calling on then-President Donald J. Trump not to concede.

14. At approximately 2:30 p.m. on January 6, Walden, Joshua James (the regional leader in charge of the Alabama chapter of the Oath Keepers), and Oath Keeper members Roberto Minuta, Brian Ulrich, and Mark Grods and others drove toward the Capitol on two golf carts, driving around multiple barricades, including marked law enforcement vehicles.

15. Walden, James, Grods, Minuta, Ulrich, and others, at approximately 2:33 p.m., parked the golf carts near the intersection of Third Street and Pennsylvania Ave., N.W. Minuta told the group, "They said they got in. They said, word is they got in the building. Let's go." The group then continued on foot towards the Capitol.

16. Walden, James, Grods, Minuta, Ulrich, and others then entered the restricted grounds of the Capitol. At the time Walden entered restricted grounds, he understood that Congress was meeting that day, and that Vice President Pence was or would be visiting the Capitol that day.

17. At approximately 2:42 p.m., Walden, James, Grods, Minuta, Ulrich, and others were on the northwest front of the Capitol, weaving through the crowd in a single file line ("Line Two"),[1] as captured in Image 3.

---

[1] The government uses the term "Line Two" as a descriptor to indicate that Walden and the above-referenced individuals were part of a line.



*Image 3: Walden and others on the west front of the Capitol.*

18.     At approximately 2:57 p.m., Walden, James, Grods, Minuta, Ulrich, and others were on steps located north of the central landing leading up the East Rotunda Door.

19.     Walden then walked in a line with James, Grods, Minuta, Ulrich, and others up the central stairs on the east side of the Capitol to the East Rotunda Door, as captured in Image 4.



*Image 4: Walden and Line Two climbing stairs to East Rotunda Door (circled in white).*

20. At approximately 3:15 p.m., Walden, James, and Minuta were at the East Rotunda Doors of the Capitol, as captured in Image 5.



*Image 5: Screenshot of Capitol CCTV capturing Walden (red), Minuta (green), and James (yellow) at the Capitol building at the East Rotunda Door at approximately 3:15 p.m.*

21. While inside the Capitol building, Walden and Warrior remained in the area between the East Rotunda Door and the Rotunda (as pictured in Image 5) until approximately 3:19 p.m., when he moved north near an elevator bank.

22. Former Capitol Police Officer Ryan Salke previously testified in another proceeding that he recalled a man at the East Rotunda door with a dog, and that "he's the only person that day that I tried to move over to the side; not for anything to do with the individual, but purely for the dog's sake, so the dog didn't get killed."

23. While Walden was inside the Capitol building, Capitol Police Officer Keith Robishaw, who was standing behind Walden and Warrior, believed that Warrior appeared agitated. Officer Robishaw believed this based on his training and six years of experience as a canine officer at USCP, as well as prior experience as a civilian canine officer in the Navy. As a result, and in attempt to calm Warrior down, he pulled Walden and Warrior back toward the elevators.

24. Walden exited the Capitol building at approximately 3:35 p.m. through the East Rotunda Door.

### *Elements of the Offense*

25. The parties agree that the offense of entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1), requires the following elements:

   a. The defendant entered or remained in a restricted building or grounds without lawful authority to do so.

   b. The defendant did so knowingly.

### *Defendant's Acknowledgments*

26. The defendant knowingly and voluntarily admits to all the elements as set forth above.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
N.Y. Bar No. 5226121
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

*/s/ Isia Jasiewicz*
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, JONATHAN WALDEN, have read this Statement of the Offense and have discussed it with my attorney, David Fischer. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/18/2024

JONATHAN WALDEN
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I, DAVID FISCHER, have read this Statement of the Offense and have reviewed it with my client, Jonathan Walden fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9/18/24

DAVID FISCHER
Attorney for Defendant