UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 22-CR-14 (APM) |
| JONATHAN WALDEN, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Carolina Nevin, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   */s/ Carolina Nevin*
CAROLINA NEVIN
New York Bar No. 5226121
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 803-1612
Email: carolina.nevin@usdoj.gov

## CERTIFICATE OF SERVICE

On this 23rd day of December 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

BY:   */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney