UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 22-cr-00015-APM |
| | ) | |
| ROBERTO MINUTA, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT ROBERTO MINUTA'S MOTION TO ADOPT AND JOIN MOTION
FILED BY CO-DEFENDANT**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW comes Defendant, Roberto Minuta, by and through his counsel of record, William L. Shipley, Esq., respectfully requests that the Court allow him to adopt and join co-defendant Thomas Caldwell's Motion to Dismiss. The relevant law and arguments in Mr. Caldwell's filing having the same applicability to this defendant's matter, this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Date: April 11, 2022                                Respectfully Submitted,


                                                          /s/ William L. Shipley
                                                          William L. Shipley
                                                          PO Box 745
                                                          Kailua, Hawaii 96734
                                                          Tel: (808) 228-1341
                                                          Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, April 11, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley
