UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 22-cr-15 (APM)-7 |
| | ) |
| JOSEPH HACKETT, | ) |
| | ) |
| Defendant. | ) |

**NOTICE TO JOIN MOTIONS OF CO-DEFENDANTS**

Defendant, Joseph Hackett, by and through his undersigned counsel, hereby gives notice that he adopts and joins the following motions:

1) Motion to Dismiss Count 1, 2, 3, and 4 of the Indictment
   Thomas Edward Caldwell, 4/12/22, Doc. 84

2) Motion to Change Venue
   Thomas Edward Caldwell, 4/15/22, Doc. 93

3) Motion to Dismiss Count One and Strike Surplusage
   Edward Vallejo, 4/16/22, Doc. 94 and Doc. 95

Respectfully submitted,

_____/s/ Angela Halim_____
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

Counsel for Joseph Hackett

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice to Join Co-Defendants' Motions was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading upon the following:

AUSA Jeffrey Nestler
AUSA Kathryn L. Rakoczy
Office of the United States Attorney
555 4th Street, NW
Washington D.C. 20001

      /s/ Angela Halim
Angela Halim, Esq.

Dated: April 16, 2022