U.S. v. Rhodes, et al.
22-cr-15

Case 1:22-cr-00015-APM   Document 120-1   Filed 05/04/22   Page 1 of 5
Appendix - Citations for Analysis of Voir Dire in First Two Jan. 6 Jury Trials   Gov't. Opposition to Motion to Change Venue

| Trial | Voir Dire Transcript Pages | Juror Number | Prejudgment Questions Answered Affirmatively* | Struck for Cause? | If Yes, Due to Concerns About Fairness/ Impartiality? | Notes About Reason |
|---|---|---|---|---|---|---|
| *Reffitt* | 299-309 | Juror 0038 | 6 | No | N/A | |
| *Reffitt* | 174-178 | Juror 0045 | 5 | Yes | Yes | Struck for cause on defense motion after stating, "I will be unable to follow your instructions." |
| *Reffitt* | 168-172 | Juror 0313 | 5 | Yes | No | Struck for cause on joint motion because the juror worked at the Library of Congress on January 6. |
| *Reffitt* | 49-54 | Juror 0328 | 5, 6 | Yes | Yes | Struck for cause on defense motion after the juror stated, "I don't think I can be 100 percent impartial." |
| *Reffitt* | 422-434 | Juror 0344 | 5 | No | | Juror put a question mark next to question five and explained: "And so the reason I put a question mark about that is if you asked me to say, Do I think January 6th was a bad thing? I would say, Absolutely. Yes. If you asked me if I have any opinions about this particular person or anything to that regard I would say, no." The juror stated an ability to be fair and impartial; there was no motion to strike. |
| *Reffitt* | 286-299 | Juror 0365 | 5 | No | | After answering yes to question five, the juror clarified that the juror had not formed an opinion about the guilt or innocence of the people, but rather, as "a D.C. resident, I think it was a lot of failures," including by the government." |
| *Reffitt* | 224-235 | Juror 0432 | 5, 6 | Yes | Yes | Juror stated that juror was biased and was struck for cause on defense motion. |
| *Reffitt* | 172-173 | Juror 0443 | 5 | Yes | Yes | Juror stated juror was in favor of conviction and was struck for cause on defense motion. |
| *Reffitt* | 92-106 | Juror 0457 | 5 | No | | Juror answered "yes" to question five because juror had strong feelings that people who entered the Capitol were "innocent." Juror was not struck for cause. |
| *Reffitt* | 453-465 | Juror 0464 | 5 | Yes | No | Juror worked at the Library of Congress and had friends who were injured on January 6 but said juror said he would presume the defendant innocent and could set aside feelings. Juror was struck for cause on defense motion. |
| *Reffitt* | 263-274 | Juror 0514 | 5, 6 | Yes | Yes | Juror admitted to "inherent biases I don't think I could overcome, as much as I'd try to." |
| *Reffitt* | 340-351 | Juror 0548 | 5, 6 | Yes | No | Juror stated that it would be difficult to put opinions aside, but said would do absolute best. Juror was struck for cause on the Court's motion based on unavailability. |
| *Reffitt* | 209-224 | Juror 0728 | 5 | Yes | No | Juror stated, "I do find it irreprehensible what they've done," but stated an ability to put aside everything that juror had seen and decide the case solely on the facts presented in the courtroom. Juror was later struck for cause based on a disqualifier of moving out of the District. |

Case 1:22-cr-00015-APM   Document 120-1   Filed 05/04/22   Page 2 of 5

U.S. v. Rhodes, et al.
22-cr-15

Appendix - Citations for Analysis of Voir Dire in First Two Jan. 6 Jury Trials   Gov't. Opposition to Motion to Change Venue

| Trial | Voir Dire Transcript Pages | Juror Number | Prejudgment Questions Answered Affirmatively* | Struck for Cause? | If Yes, Due to Concerns About Fairness/ Impartiality? | Notes About Reason |
|---|---|---|---|---|---|---|
| *Reffitt* | 112-129 | Juror 1046 | 5 | Yes | Yes | Juror stated could put feelings aside, but the Court observed that juror was struggling with that decision and that "is clearly impacted by those events." Juror struck for cause on the defendant's motion. |
| *Reffitt* | 465-481 | Juror 1054 | 5 | Yes | No | Juror reported having seen specific news coverage of the defendant and his alleged firearm possession. Juror stated could make a decision based on the evidence presented and could "wipe the slate clean" from what he heard in the news. Juror ultimately struck for cause on the defendant's motion because of the Court's concern about juror's prior knowledge of the facts at issue. |
| *Reffitt* | 434-453 | Juror 1221 | 5 | No | | Juror answered "not sure" to question five. Juror clarified that it was a "sad event" to watch but that juror would not have any difficulty being fair and impartial. |
| *Reffitt* | 83-88 | Juror 1332 | 5 | No | | Juror stated he had strong opinions, but had no hesitation about his ability to be fair and impartial. |
| *Reffitt* | 54-61 | Juror 1419 | 6 | No | | Juror thought juror had read or seen something about Mr. Reffitt in the news coverage of January 6 but could not remember the specifics. Juror also reported, "I have very strong political beliefs. I have very strong views in general about the events of that day. . . . However, I am an attorney. I believe in the system, and I believe very strongly that I can be impartial." |
| *Reffitt* | 358-369 | Juror 1484 | 5 | Yes | Yes | Juror struck for cause on Court motion after making odd comments about "QAnon people" and having a "hard time following some of your questions." |
| *Reffitt* | 160-165 | Juror 1486 | 5 | No | | Juror expressed confidence that juror could put any feelings aside and decide the case impartially. |
| *Reffitt* | 61-68 | Juror 1541 | 5, 6 | Yes | Yes | Juror struck for cause on the defendant's motion after stating that juror was "predisposed towards the government" based on feelings about what occurred on January 6. |
| *Reffitt* | 326-333 | Juror 1655 | 5 | No | | Juror clarified that juror answered yes to question five "because I suppose when you asked the question about like, oh, do you have a bias or any specific thoughts about the events that occurred on that date, I sort of -- when I thought about that, I did sort of walk away from January -- and when I stopped reading the articles about it that week or the following week, I did kind of walk away from it being just like – having an opinion about the events, which were just that it was sort of unnecessary and strange." Juror was "confident" juror could decide the case with an open mind and follow the judge's instructions. |

| Trial | Voir Dire Transcript Pages | Juror Number | Prejudgment Questions Answered Affirmatively* | Struck for Cause? | If Yes, Due to Concerns About Fairness/ Impartiality? | Notes About Reason |
|---|---|---|---|---|---|---|
| *Reffitt* | 187-202 | Juror 1675 | 6 | No | | When asked if the juror could "put your feelings about what happened that day aside and come to this courtroom with a clear mind and decide Mr. Reffitt's guilt or innocence based only on what you hear in the courtroom," the juror responded, "I mean, I'm not going to lie, yeah, but at the same time I would be nervous a little bit too." Juror ultimately said he could be fair and impartial and would follow the Court's instructions and was not struck for cause (nor was there any motion). |
| *Reffitt* | 202-209 | Juror 1747 | 5 | Yes | Yes | Juror was struck for cause on the defendant's motion after stating her view that anyone who entered the Capitol was guilty and juror would not be able to follow the judge's instructions to set aside her views. |
| *Robertson* | 64-73 | Juror 0254 | 15 | No | | Juror said he hought he remembered reading about Robertson's case – the stick stood out. Juror also reported living on Capitol Hill. In explaining "yes" answer to Question 15, the juror said, "I knew several people who were in the Capitol that day, both staff and members of Congress, and have had conversations about the predicament that they were in and just the nature of what all happened that day. You know, I guess knowing from more of an inside perspective and what they went through, you know, makes it somewhat difficult in that regard." The juror nonetheless said he could still be fair/impartial. Juror qualified without objection. |
| *Robertson* | 189-193 | Juror 0429 | | Yes | Yes | Juror stated, "Both my wife and I consider ourselves pretty liberal. And she's the kind of person who won't talk to me for half a day if I do something wrong in one of her dreams, let alone something I actually do. So I fear that being on a January 6 related trial and finding the defendant innocent could have ramifications for me whether I believe that should happen or not." |
| *Robertson* | 245-250 | Juror 0474 | | Yes | No | Juror was struck for cause due to hardship because of an upcoming work trip. |
| *Robertson* | 193-196 | Juror 0505 | | Yes | No | Juror was struck for cause because of work hardship. |
| *Robertson* | 265-268 | Juror 0585 | | Yes | Yes | Juror reported working on a case involving one of the USCP officers who committed suicide. Juror said it would be difficult to be impartial because of that. Juror struck for cause. |

Case 1:22-cr-00015-APM   Document 120-1   Filed 05/04/22   Page 4 of 5

U.S. v. Rhodes, et al.  
22-cr-15

Appendix - Citations for Analysis of Voir Dire in First Two Jan. 6 Jury Trials    Gov't. Opposition to Motion to Change Venue

| Trial | Voir Dire Transcript Pages | Juror Number | Prejudgment Questions Answered Affirmatively* | Struck for Cause? | If Yes, Due to Concerns About Fairness/ Impartiality? | Notes About Reason |
|---|---|---|---|---|---|---|
| *Robertson* | 160-171 | Juror 0696 | | Yes | Yes | Juror was near the Capitol grounds on January 6, possibly aroudn the same time as the offenses alleged in the case. Juror observed, "I think we all have somewhat of an opinion of that day. I think it's basically like -- it was chaos. And it was unruly violence." But juror said juror could set opinion aside. Juror was struck for cause at the request of both parties. |
| *Robertson* | 136-142 | Juror 0799 | | Yes | Yes | Juror stated, "They had no business doing what they were doing. They were 100 percent wrong. I don't care. I don't have no leniency towards them because they didn't care about us, us as a whole. So my personal opinion? They don't deserve no slack." |
| *Robertson* | 279-282 | Juror 0846 | | Yes | No | Juror struck for cause due to hardship because of trip to visit family the following week. |
| *Robertson* | 121-130 | Juror 0936 | | Yes | Yes | In striking the juror, the Court concluded, "Somewhat of a close call, but given what seems to be the closeness of the relationships, socializing regularly on a biweekly basis with a member of the Capitol Police who's living with a close family member, that and the somewhat equivocal answers that he gave about his confidence in being fair, the Court will strike for cause 936." |
| *Robertson* | 256-265 | Juror 1010 | 19 | Yes | Yes | Juror stated, "Automatically thought guilty when I heard January 6th." Juror struck for cause. |
| *Robertson* | 83-84 | Juror 1027 | | Yes | No | Struck for cause because Recently moved to Arlington. |
| *Robertson* | 156-160 | Juror 1122 | | Yes | No | Juror was struck for cause because of language concerns. |
| *Robertson* | 287-292 | Juror 1160 | | Yes | Yes | Juror stated, "I'm a Washingtonian, born and raised, so, you know, this is my city. I feel violated." and "I don't think it would be fair to him to have me on the jury." Juror struck for cause. |
| *Robertson* | 130-136 | Juror 1219 | 15 | No | | Juror reported that, because of job position, juror "was fed information leading up to the events and advised my judges and executives on actions that we should do to protect ourselves." Juror nonetheless said juror could be fair. Juror qualified without objection. |
| *Robertson* | 26-34 | Juror 1431 | | Yes | Yes | Court found juror "would have a hard time setting his political views as well as his general views about the criminal justice system aside and follow the Court's instructions." |
| *Robertson* | 23-26 | Juror 1566 | 15 | Yes | No | Juror drove home on January 6 past Capitol, lives on Capitol Hill, has been affected personally, was "outraged that people who come in our city and act so . . . ." Was ultimately struck for cause but because of two elderly sisters for whom juror was caretaker. |

Case 1:22-cr-00015-APM    Document 120-1    Filed 05/04/22    Page 5 of 5

U.S. v. Rhodes, et al.                Appendix - Citations for Analysis of Voir Dire in First Two Jan. 6 Jury Trials            Gov't. Opposition to Motion to Change Venue
22-cr-15

| Trial | Voir Dire Transcript Pages | Juror Number | Prejudgment Questions Answered Affirmatively* | Struck for Cause? | If Yes, Due to Concerns About Fairness/ Impartiality? | Notes About Reason |
|---|---|---|---|---|---|---|
| *Robertson* | 97-100 | Juror 1567 | | Yes | Yes | "Well, I really felt bad about what happened at the Capitol, and somewhat I felt that everyone that entered the building that day were definitely wrong, in my -- you know, in my opinion." Juror was struck for cause for concerns that juror could not be fair/impartial." |

***KEY:***
The "prejudgment" questions refer to those questions that are aimed at identifying issues who may have pre-judged the case to an extent that they cannot be fair and impartial. In Reffit, those were Questions 5-6 ("Does anyone have such strong feelings or opinions about the events that took place at the U.S. Capitol on January 6, 2021, that it would make it difficult for you to serve as a fair and impartial juror in this case?" and "As you sit here, do you have an opinion about Mr. Reffitt's guilt or innocence in this case?"). In Robertson, those were Questions 15 and 19 (As I said, Mr. Robertson has been charged with six crimes related to Congress's meeting at the United States Capitol on January 6, 2021, to certify the Electoral College vote for President of the United States. Is there anything about the nature of these allegations that would prevent you from being neutral and fair in evaluating the evidence in this case?" and "I suspect that the vast majority of you will have some feelings about the events that took place on January 6th. But my question is, do you have such strong feelings about the events of January 6, 2021, that it would be difficult for you to follow my instructions and render a fair and impartial verdict if you were chosen as a juror?") In the analysis of the *Robertson* voir dire, we highlight a number of jurors who did not answer yes to either of these questions but answered other questions or made statements during voir dire that exhibited prejudgment or possible difficulties in being fair and impartial.